United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey S. Young                                                          Case No. 16-16788-jkf
Michele L. Young                                                         Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 1          Date Rcvd: Sep 28, 2016
                             Form ID: 130             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db/jdb        +Jeffrey S. Young,    Michele L. Young,    531 Hummingbird Drive,    Lititz, PA 17543-1355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              MITCHELL A. SOMMERS    on behalf of Debtor Jeffrey S. Young sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Michele L. Young sommersesq@aol.com,
              kjober@ptd.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                      Chapter: 13

    Jeffrey S. Young and
Michele L. Young

             Debtor(s)              Bankruptcy No: 16–16788–jkf

*O R D E R*

**AND NOW,** this 28th day of September 2016 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        <u>Documents and Deadline</u>

        Atty Disclosure Statement due 10/11/2016
        Chapter 13 Plan due by 10/11/2016
        Schedules AB–J due 10/11/2016
        Statement of Financial Affairs due 10/11/2016
        Summary of Assets and Liabilities Form B106 due 10/11/2016
        Means Test Calculation Form 122C–2 Due: 10/11/2016
        Chapter 13 Statement of Your Current Monthly Income and Calculation of
        Commitment Period
        Form 122C–1 Due10/11/2016

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

6
Form 130