**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JEFFREY S. YOUNG** | ) | **CHAPTER 13** |
| **MICHELE L. YOUNG** | ) | |
| **Debtors** | ) | **Case No.: 16-16788** |
| | ) | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2016,

upon Motion of the Debtors, and for just cause shown, it is ORDERED that an extension

of time is hereby granted to the Debtors in which to file the remaining bankruptcy

schedules and Chapter 13 Plan in the above captioned matter until October 25, 2016.


BY THE COURT:

_____
Judge, U.S. Bankruptcy Court

**Date: October 7, 2016**