United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Jeffrey S. Young   
Michele L. Young   
     Debtors

Case No. 16-16788-jkf   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 07, 2016   
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.   
db/jdb        +Jeffrey S. Young,    Michele L. Young,    531 Hummingbird Drive,    Lititz, PA 17543-1355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****   
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:   
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com   
         MITCHELL A. SOMMERS    on behalf of Debtor Jeffrey S. Young sommersesq@aol.com, kjober@ptd.net   
         MITCHELL A. SOMMERS    on behalf of Joint Debtor Michele L. Young sommersesq@aol.com, kjober@ptd.net   
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com   
                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
                                                          )
JEFFREY S. YOUNG                                          )    CHAPTER 13
MICHELE L. YOUNG                                          )
            Debtors                                 )    Case No.:  16-16788
                                                          )

## ORDER

AND NOW, this _____ day of _____, 2016, upon Motion of the Debtors, and for just cause shown, it is ORDERED that an extension of time is hereby granted to the Debtors in which to file the remaining bankruptcy schedules and Chapter 13 Plan in the above captioned matter until October 25, 2016.

BY THE COURT:

_____
Judge, U.S. Bankruptcy Court

**Date: October 7, 2016**