E & G Concrete, Inc.
1128 Pieffer Hill Road
Stevens, PA 17578

Jeffrey S. Young
531 Hummingbird Drive
Lititz, PA 17543

---

**Employee Pay Stub**　　　　Check number: 34300　　　　Pay Period: 08/21/2016 - 08/27/2016　　　　Pay Date: 08/26/2016

**Employee**

Jeffrey S Young, 531 Hummingbird Drive, Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Direct Labor - Regular | 40.00 | 24.50 | 980.00 | 32,503.75 |
| Direct Labor - Overtime | 13.50 | 36.75 | 496.13 | 9,196.90 |
| Direct Labor - Vacation | | | | 980.00 |
| Noncash Fringe-Truck | | | | 582.00 |
| Milage | | | | 36.00 |
| Holiday Pay | | | | 580.00 |
| | 53.50 | | 1,476.13 | 43,878.65 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Sec 125 plan deduction | | | -76.00 | -2,660.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax Withheld | | | -16.10 | -467.32 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -238.00 | -6,357.00 |
| Social Security Employee | | | -86.81 | -2,555.56 |
| Medicare Employee | | | -20.30 | -597.67 |
| PA - Withholding | | | -42.98 | -1,247.54 |
| PA - Unemployment Employee | | | -1.04 | -30.72 |
| | | | -405.23 | -11,255.81 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| 401(k) Loan Pmts | | | -61.25 | -2,143.75 |
| OPT Withheld | | | | -10.00 |
| Truck Tax- Non Cash Fringe | | | | -582.00 |
| | | | -61.25 | -2,735.75 |

| Net Pay | | | 933.65 | 27,227.09 |
|---|---|---|---|---|

---

Powered by **Intuit Payroll**

E & G Concrete, Inc.
1128 Pieffer Hill Road
Stevens, PA 17578

Jeffrey S. Young
531 Hummingbird Drive
Lititz, PA 17543

---

**Employee Pay Stub**          Check number: 34370          Pay Period: 08/28/2016 - 09/03/2016          Pay Date: 09/06/2016

**Employee**

Jeffrey S Young, 531 Hummingbird Drive, Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Direct Labor - Regular | 40.00 | 24.50 | 980.00 | 33,483.75 |
| Direct Labor - Overtime | 14.00 | 36.75 | 514.50 | 9,711.40 |
| Direct Labor - Vacation | | | | 980.00 |
| Noncash Fringe-Truck | | | | 582.00 |
| Milage | | | | 36.00 |
| Holiday Pay | | | | 580.00 |
| | 54.00 | | 1,494.50 | 45,373.15 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Sec 125 plan deduction | | | -76.00 | -2,736.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax Withheld | | | -16.31 | -483.63 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -243.00 | -6,600.00 |
| Social Security Employee | | | -87.94 | -2,643.50 |
| Medicare Employee | | | -20.57 | -618.24 |
| PA - Withholding | | | -43.55 | -1,291.09 |
| PA - Unemployment Employee | | | -1.04 | -31.76 |
| | | | -412.41 | -11,668.22 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| 401(k) Loan Pmts | | | -61.25 | -2,205.00 |
| OPT Withheld | | | | -10.00 |
| Truck Tax- Non Cash Fringe | | | | -582.00 |
| | | | -61.25 | -2,797.00 |

| Net Pay | | | 944.84 | 28,171.93 |
|---|---|---|---|---|

---

E & G Concrete, Inc., 1128 Pieffer Hill Road, Stevens, PA 17578, E & G CONCRETE, INC          Powered by Intuit Payroll

E & G Concrete, Inc.
1128 Pieffer Hill Road
Stevens, PA 17578

Jeffrey S. Young
531 Hummingbird Drive
Lititz, PA 17543

--------------------------------------------------------------------------------

**Employee Pay Stub**          Check number: 34445          Pay Period: 09/04/2016 - 09/10/2016          Pay Date: 09/13/2016

**Employee**

Jeffrey S Young, 531 Hummingbird Drive, Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Direct Labor - Regular | 39.50 | 24.50 | 967.75 | 34,451.50 |
| Holiday Pay | 8.00 | 24.50 | 196.00 | 776.00 |
| Direct Labor - Overtime | | | | 9,711.40 |
| Direct Labor - Vacation | | | | 980.00 |
| Noncash Fringe-Truck | | | | 582.00 |
| Milage | | | | 36.00 |
| | 47.50 | | 1,163.75 | 46,536.90 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Sec 125 plan deduction | | | -76.00 | -2,812.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax Withheld | | | -12.51 | -496.14 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -160.00 | -6,760.00 |
| Social Security Employee | | | -67.44 | -2,710.94 |
| Medicare Employee | | | -15.77 | -634.01 |
| PA - Withholding | | | -33.39 | -1,324.48 |
| PA - Unemployment Employee | | | -0.82 | -32.58 |
| | | | -289.93 | -11,958.15 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| 401(k) Loan Pmts | | | -61.25 | -2,266.25 |
| OPT Withheld | | | | -10.00 |
| Truck Tax- Non Cash Fringe | | | | -582.00 |
| | | | -61.25 | -2,858.25 |

| Net Pay | | | 736.57 | 28,908.50 |
|---|---|---|---|---|

E & G Concrete, Inc.
1128 Pieffer Hill Road
Stevens, PA 17578

Jeffrey S. Young
531 Hummingbird Drive
Lititz, PA 17543

---

**Employee Pay Stub**          Check number: 34469              Pay Period: 09/11/2016 - 09/17/2016          Pay Date: 09/19/2016

**Employee**

Jeffrey S Young, 531 Hummingbird Drive, Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Direct Labor - Regular | 40.00 | 24.50 | 980.00 | 35,431.50 |
| Direct Labor - Overtime | 9.50 | 36.75 | 349.13 | 10,060.53 |
| Direct Labor - Vacation | | | | 980.00 |
| Noncash Fringe-Truck | | | | 582.00 |
| Milage | | | | 36.00 |
| Holiday Pay | | | | 776.00 |
| | 49.50 | | 1,329.13 | 47,866.03 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| Sec 125 plan deduction | | | -76.00 | -2,888.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local Tax Withheld | | | -14.41 | -510.55 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -202.00 | -6,962.00 |
| Social Security Employee | | | -77.70 | -2,788.64 |
| Medicare Employee | | | -18.17 | -652.18 |
| PA - Withholding | | | -38.47 | -1,362.95 |
| PA - Unemployment Employee | | | -0.93 | -33.51 |
| | | | -351.68 | -12,309.83 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| 401(k) Loan Pmts | | | -61.25 | -2,327.50 |
| E&G Parts, Etc. | | | -33.74 | -33.74 |
| OPT Withheld | | | | -10.00 |
| Truck Tax- Non Cash Fringe | | | | -582.00 |
| | | | -94.99 | -2,953.24 |

| Net Pay | | | 806.46 | 29,714.96 |
|---|---|---|---|---|

E & G Concrete, Inc.
1128 Pieffer Hill Road
Stevens, PA 17578

Jeffrey S. Young
531 Hummingbird Drive
Lititz, PA 17543

---

| **Employee Pay Stub** | Check number: 34489 | | | Pay Period: 09/18/2016 - 09/24/2016 | Pay Date: 09/26/2016 |

| **Employee** | | | | **Status (Fed/State)** | **Allowances/Extra** |
| --- | --- | --- | --- | --- | --- |
| Jeffrey S Young, 531 Hummingbird Drive, Lititz, PA 17543 | | | | Married using Single Rate/Withhold | Fed-1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Direct Labor - Regular | 40.00 | 24.50 | 980.00 | 36,411.50 |
| Direct Labor - Overtime | 19.00 | 36.75 | 698.25 | 10,758.78 |
| Noncash Fringe-Truck | 0.00 | | 174.00 | 756.00 |
| Direct Labor - Vacation | | | | 980.00 |
| Milage | | | | 36.00 |
| Holiday Pay | | | | 776.00 |
| | 59.00 | | 1,852.25 | 49,718.28 |

| Deductions From Gross | Current | YTD Amount |
| --- | --- | --- |
| Sec 125 plan deduction | -76.00 | -2,964.00 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Local Tax Withheld | -18.43 | -528.98 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -332.00 | -7,294.00 |
| Social Security Employee | -110.13 | -2,898.77 |
| Medicare Employee | -25.76 | -677.94 |
| PA - Withholding | -49.19 | -1,412.14 |
| PA - Unemployment Employee | -1.29 | -34.80 |
| | -536.80 | -12,846.63 |

| Adjustments to Net Pay | Current | YTD Amount |
| --- | --- | --- |
| 401(k) Loan Pmts | -61.25 | -2,388.75 |
| Truck Tax- Non Cash Fringe | -174.00 | -756.00 |
| E&G Parts, Etc. | -33.75 | -67.49 |
| OPT Withheld | | -10.00 |
| | -269.00 | -3,222.24 |

| Net Pay | | 970.45 | 30,685.41 |

---

Powered by **Intuit Payroll**

Page 1 of 4

0940 0908-0P03 Welcomenewborn Inc

## EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 01/01/16 - 10/14/16)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **** 10 PAYROLL | | | | | | | |
| Young, Michel L | 67 | | | | | | |
| 1 Person(s) | | | | | | | |

Page 2 of 4    0940-DODB-GP03 Welcomenworkfrom Inc

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 01/01/16 - 10/14/16)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07 | Commission Hourly Bonus | 8.00 | | 35.77 80.00 5.00 | | 120.77 | | 9.24 | | 3.71 | | 0.08 | 107.7 |
| 01/22 | Commission Hourly | 8.22 | | 48.54 62.21 | | 110.74 | | 8.47 | | 3.40 | | 0.08 | 98.75 |
| 02/05 | Commission Hourly | 8.00 | | 34.33 80.00 | | 114.33 | | 8.74 | | 3.51 | | 0.08 | 102.00 |
| 02/22 | Hourly | 8.00 | | 80.00 | | 80.00 | | 6.12 | | 2.46 | | 0.06 | 71.36 |
| 03/07 | Commission Hourly | 4.75 | | 20.77 47.65 | | 68.27 | | 5.22 | | 2.10 | | 0.05 | 60.90 |
| 03/22 | Commission Hourly | 4.00 | | 28.36 40.00 | | 68.36 | | 5.32 | | 2.13 | | 0.05 | 61.56 |
| 04/07 | Commission Hourly | 4.60 | | 26.74 46.00 | | 72.74 | | 5.57 | | 2.22 | | 0.05 | 64.89 |
| 04/22 | Commission Hourly Bonus | 4.00 | | 19.93 40.00 5.00 | | 64.93 | | 4.96 | | 2.00 | | 0.05 | 57.93 |
| 05/06 | Commission Hourly | 8.00 | | 31.16 80.00 | | 111.16 | | 8.51 | | 3.41 | | 0.08 | 99.16 |
| 05/20 | Commission Hourly | 6.00 | | 55.52 60.00 | | 115.52 | | 8.83 | | 3.55 | | 0.08 | 103.06 |
| 06/07 | Commission Hourly Bonus | 9.93 | | 106.08 99.30 5.00 | | 210.38 | | 16.09 | | 6.46 | | 0.15 | 187.53 |
| 06/22 | Commission | | | 24.35 | | 24.35 | | 1.87 | | 0.75 | | 0.02 | 21.71 |
| 07/07 | Commission Hourly | 10.00 | | 23.77 100.00 | | 123.77 | | 9.47 | | 3.80 | | 0.02 | 110.48 |
| 07/22 | Commission Hourly Bonus | 11.65 | | 136.70 116.50 20.00 | | 273.20 | | 20.89 | | 8.39 | | 0.19 | 243.73 |
| 08/05 | Commission Hourly | 2.00 | | 5.98 20.00 | | 25.98 | | 1.99 | | 0.80 | | 0.02 | 23.17 |
| 08/22 | Commission Hourly | 6.00 | | 12.98 60.00 | | 72.98 | | 5.59 | | 2.24 | | 0.05 | 85.09 |
| 09/07 | Commission Hourly | 8.00 | | 70.28 80.00 | | 150.28 | | 11.50 | | 4.61 | | 0.11 | 134.06 |
| 09/22 | Commission Hourly Bonus | 8.00 | | 45.16 80.00 10.00 | | 135.16 | | 10.34 | | 4.15 | | 0.06 | 120.59 |
| This Period Total | Commission Hourly Bonus | 117.15 | | 727.46 1171.50 45.00 | | | | | | | | | |

Young, Michelle L
Soc Sec#: xxx-xx-4395
531 Hummingbird Dr
Lititz, PA 17543

| | | |
|---|---|---|
| ID | 67 | Term Date: |
| Home Dept | 10 Payroll | Pay Frequency: Semi-monthly |
| Sex: | Female | Standard Hrs: 5.7 |
| Birthdate: | 07/01/2008 | Rate 1 / Salary: 10.00/Hour |
| Hire Date: | 06/05/2008 | |
| Inactive Date: | | |
| Rehire Date: | 10/06/2015 | Last Raise Date: 05/20/2014 |

Term Date: 08/15/2015

Withholding Method:

Earnings:

Federal: Married, 1
PA: 3.07%

Deductions:

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/16 - 10/14/16)

Page 3 of 4

0940-0008-GIP13 Welcomenewborn Inc

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | This Per | 117.18 | | 1943.38 | | 1943.38 | | S 120.53 M 28.19 | | PA 59.70 | | PA-U 1.38 | 1734.16 |

Young, Michele L
Soc Sec#: xxx-xx-4395
531 Hummingbird Dr
Lititz, PA 17543

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/16 - 10/14/16)

Page 4 of 4

0940 0DDB-0IPO3 Welcomenewborn Inc

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This Period Total | Commission Hourly Bonus | 117.15 | | 727.46 1171.50 45.00 | | 1943.96 | | Social Security Medicare PA Income Tax PA Unemploy | 120.53 28.19 59.70 1.38 | | |
| This Period Total | | | | | | 1943.96 | | | 209.80 | | 1734.16 |