**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY S. YOUNG | ) | CHAPTER 13 |
| MICHELE L. YOUNG | ) | |
|     Debtor | ) | Case No. 16-16788 |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the Chapter 13 Plan to the above-captioned matter upon the persons and in the manner set forth below:

    William Miller, Trustee (VIA ECF)
    PO Box 40119
    Philadelphia, PA19106

    **Service by First Class Mail, Postage Pre-Paid**:  All creditors listed on matrix

    s/Mitchell A. Sommers
    Mitchell A. Sommers, Esquire
    Attorney for Debtor
    Attorney I.D. No. 38505
    107 West Main Street
    Ephrata, PA 17522
    (717) 733-6607

Date:  October 25, 2016