UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY S. YOUNG | ) | CHAPTER 13 |
| MICHELE L. YOUNG | ) | |
| Debtors | ) | Case No. 16-16788 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Jeffrey S. and Michele L. Young, Debtors, filed a Motion to Avoid Lien with respect to Midland Funding, LLC

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before the **16TH day** of **November, 2016**

    (a) file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania, The Robert N.C. Nix Federal Bldg. and Courthouse, 900 Market Street, STE 400, Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney at:

Mitchell A. Sommers, Esquire PC, 107 West Main Street, Ephrata, PA 17522
Tele No. (717) 733-6607, Fax No. (717) 721-3422

    (c) mail a copy to the following interested parties, if any:

**William Miller,** 1234 Market Street, STE 1813, Philadelphia, PA 19107.

2. If you or your attorney do not take the steps described in paragraphs above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, on **Thursday, December 8, 2016 at 9:30 a.m.** in Courtroom #3, US Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix Federal Building and Courthouse, 900 Market Street, STE 214, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the movant's attorney listed in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 2, 2016