UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY S. YOUNG | ) | CHAPTER 13 |
| MICHELE L. YOUNG | ) | |
| Debtors | ) | Case No. 16-16788 |

**ORDER**

AND NOW, upon Motion of the Debtor(s) to avoid a judicial lien held by Midland Funding, LLC (the "Respondent") in personal property and/or real property of the Debtor(s) located at 531 Hummingbird Drive, Lititz, Pennsylvania.

And, the Debtor(s) having asserted that the alleged lien arising from judgment entered in Lancaster County Court of Common Pleas, Pennsylvania, docket number 16-05963 is subject to avoidance pursuant to 11 U.S.C. §522(f) ,as well has being voidable having been filed after the date the Debtor's Chapter 13 petition was filed.

And, the Debtor(s) having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default and the judicial lien here by the Respondent, if any, in:

(a) the real property of the Debtor(s) and/or

(b) the personal property of the Debtor(s)

listed in Schedule C of the Debtor(s)' bankruptcy schedules is AVOIDED to the extent it impairs the Debtor(s)' exemption as well as having been filed after the automatic stay was in place.

BY THE COURT:

_____
Jean K, FitzSimon
Bankruptcy Judge

Date: December 14, 2016