# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 16-16788-JKF

JEFFREY S. YOUNG
MICHELE L. YOUNG
531 Hummingbird Drive

Lititz, PA 17543

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JEFFREY S. YOUNG
    MICHELE L. YOUNG
    531 Hummingbird Drive

    Lititz, PA 17543

**Counsel for debtor(s), by electronic notice only.**
    MITCHELL A. SOMMERS
    MITCHELL A. SOMMERS,ESQ P.C.
    107 WEST MAIN STREET
    EPHRATA, PA 17522

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                              /s/ William C. Miller

Date: 1/19/2017

                                                               _____
                                                               William C. Miller, Esquire
                                                               Chapter 13 Standing Trustee