# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-16788-JKF

JEFFREY S. YOUNG
MICHELE L. YOUNG
531 Hummingbird Drive

Lititz, PA 17543

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JEFFREY S. YOUNG
    MICHELE L. YOUNG
    531 Hummingbird Drive

    Lititz, PA 17543

Counsel for debtor(s), by electronic notice only.

    MITCHELL A. SOMMERS
    MITCHELL A. SOMMERS,ESQ P.C.
    107 WEST MAIN STREET
    EPHRATA, PA 17522

Date: 5/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee