**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JEFFREY S. YOUNG ) | CHAPTER 13 |
| MICHELE L. YOUNG ) | |
|       Debtor ) | Case No. 16-16788- JKF |
| ) | |

**AMENDED CERTIFICATE OF SERVICE**

     I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the foregoing Objection to Proof of Claim in the above-captioned matter upon the persons and in the manner set forth below:

**William Miller, Trustee (VIA ECF)**
1234 Market Street, STE 1813
Philadelphia, PA 19107

Michael Godner, CEO
Cavalry SPV I, LLC
500 Summit Lake Drive, STE 400
Valhalla, NY 10595

                              s/Mitchell A. Sommers
                              Mitchell A. Sommers, Esquire
                              Attorney for Debtor
                              Attorney I.D. No. 38505
                              107 West Main Street
                              Ephrata, PA 17522
                              (717) 733-6607

Date:   June 21, 2017