## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY S. YOUNG | ) | CHAPTER 13 |
| MICHELE L. YOUNG | ) | |
|       Debtor | ) | Case No. 16-16788- JKF |

### AMENDED NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Jeffrey S. and Michele L. Young, Debtors, have filed an Objection to the Proof of Claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Jean FitzSimon on **Thursday, August 3, 2017at 9:30 a.m.**, in Courtroom No. 3, The Robert N.C. Nix, Federal Bldg & Courthouse, 900 Market Street, STE 214, Philadelphia, Pennsylvania. If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:   June 21, 2017

                                                              s/Mitchell A. Sommers
                                                             MITCHELL A. SOMMERS, ESQUIRE
                                                             Attorney for Objector
                                                             Attorney I.D. #38505
                                                             107 West Main Street
                                                             Ephrata PA 17522