UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JEFFREY S. YOUNG | : | Chapter 13 |
| MICHELE L. YOUNG | : | |
| | : | Bk No.:  16-16788 |
| Debtor(s) | : | |

**NOTICE OF APPLICATION FOR COMPENSATION OF DEBTORS' COUNSEL**
**<u>PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE</u>**

To the Debtor(s) the Chapter 13 Trustee, the United States Trustee, and all parties in interest, NOTICE IS HEREBY GIVEN:

1.      That Mitchell A. Sommers, Esq., PC, counsel for the Debtor(s) in the above-captioned matter, has filed an Application with this Court for the Allowance of Compensation ("Application") in connection with legal services rendered to the Debtor(s) in these bankruptcy proceedings.

2.      That the Application requests the Court to enter an Order approving counsel fees in the amount of $5,000.00, of which $2,310.00 was received pre-petition  and $31.00 post  petition and expenses in the amount of $341.00 for the filing fee and postage.

3.      That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk, U.S. Bankruptcy Court, Robert NC Nix Federal Bldg Courthouse, 900 Market Street, Ste 214, Philadelphia, PA 19107 and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

4.      That in the absence of an answer, objection or request for hearing, counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

s/Mitchell A. Sommers
Mitchell A. Sommers, Esq., P.C.
Attorney for Debtor(s)
I.D. No.: 38505
107 West Main Street
Ephrata PA 17522-2010
717-733-6607

Date: July 18, 2017