IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JEFFREY S. YOUNG<br>    MICHELE L. YOUNG<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>    **Moving Party**<br><br>  v.<br><br>JEFFREY S. YOUNG<br>MICHELE L. YOUNG<br>    **Respondent(s)**<br><br>WILLIAM C. MILLER<br>    **Trustee** | )<br>)<br>)<br>) CHAPTER 13<br>)<br>) Case No.: 16-16788 (JKF)<br>)<br>) **Hearing Date:  6-21-17 at 9:30 AM**<br>)<br>) 11 U.S.C. 362<br>)<br>)<br>)<br>)<br>) |

## **ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief, ~~and filed on or about June 21, 2017~~, in the above matter is APPROVED.

(See Docket Entry Nos. 66 & 72)

Dated:   July 31, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE