UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY S. YOUNG | ) | CHAPTER 13 |
| MICHELE L. YOUNG | ) | |
| Debtor | ) | Case No. 16-16788- JKF |

**ORDER**

NOW, this _____ day of _____ 2017, it is ORDERED that Claim 2 be stricken.

**Date: August 8, 2017**

_____
Bankruptcy Judge