*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey S. Young and Michele L. Young

    Debtor(s)

Case No: 16–16788–elf

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/10/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

87 – 78
Form 152