*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeffrey S. Young and Michele L. Young
    Debtor(s)

Case No: 16–16788–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER2

on: 10/10/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date:  10/2/17

For The Court

Timothy B. McGrath
Clerk of Court

88 – 59
Form 167