United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16788-elf
Jeffrey S. Young                                                Chapter 13
Michele L. Young
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Pamela              Page 1 of 2                 Date Rcvd: Oct 02, 2017
                             Form ID: 152              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db/jdb         +Jeffrey S. Young,   Michele L. Young,   531 Hummingbird Drive,   Lititz, PA 17543-1355
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, tx 76096-3853
13816199       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit Financial Services dba GM Financial,   PO Box 183853,
                 Arlington TX 76096)
13797734       +Gm Financial,   4001 Embarcadero,   Arlington, TX 76014-4106
13797736        PNC Bank,   PO Box 747066,   Pittsburgh, PA 15274-7066
13880411       +PNC Bank, National Association, et al,   c/o PNC Mortgage, a division of PNC Bank,
                 3232 Newmark Drive,   Miamisburg, OH 45342-5421
13879642       +Wells Fargo Bank,   PO Box 5058 Mac P6053-021,   Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:52      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2017 02:51:16
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2017 02:51:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2017 02:50:25      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13848806       +E-mail/Text: bankruptcy@cavps.com Oct 03 2017 02:51:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13797735       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2017 02:51:24      Midland Funding LLC,
                 8875 Aero Drive, STE 200,   San Diego, CA 92123-2255
13798980        E-mail/PDF: rmscedi@recoverycorp.com Oct 03 2017 02:49:32
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13875144        E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2017 02:51:03
                 U.S.Bank Trust, N.A., as Trustee,   c/o Ditech Financial LLC,   PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Americredit Financial Services dba GM Financial
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
           INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
           MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust N.A., et al paeb@fedphe.com

```
District/off: 0313-2          User: Pamela              Page 2 of 2                   Date Rcvd: Oct 02, 2017
                              Form ID: 152              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
          MITCHELL A. SOMMERS    on behalf of Joint Debtor Michele L. Young sommersesq@aol.com, kjober@ptd.net
          MITCHELL A. SOMMERS    on behalf of Debtor Jeffrey S. Young sommersesq@aol.com, kjober@ptd.net
          THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank Trust N.A., et al pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                       TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey S. Young and Michele L. Young

     Debtor(s)

Case No: 16−16788−elf

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/10/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

87 − 78
Form 152