United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jeffrey S. Young
Michele L. Young
    Debtors

Case No. 16-16788-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Pamela      Page 1 of 1      Date Rcvd: Oct 02, 2017
                             Form ID: 167      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db/jdb       +Jeffrey S. Young,   Michele L. Young,   531 Hummingbird Drive,   Lititz, PA 17543-1355
cr           +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
            Arlington, tx 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2017 02:49:32     Synchrony Bank,
          c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
          Miami, FL 33131-1605
                                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Americredit Financial Services dba GM Financial
                                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK   on behalf of Creditor   U.S. Bank Trust N.A., et al paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS   on behalf of Debtor Jeffrey S. Young sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS   on behalf of Joint Debtor Michele L. Young sommersesq@aol.com,
               kjober@ptd.net
              THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST
               TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC.,
               FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. Bank Trust N.A., et al pa.bkecf@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jeffrey S. Young and Michele
L. Young
     Debtor(s)     Case No: 16–16788–elf
                      Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case. see attached motion Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER2

on: 10/10/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

                                                                  For The Court

Date:  10/2/17
                                                                   Timothy B. McGrath
                                                                   Clerk of Court