United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 16-16788-elf
Jeffrey S. Young                                               Chapter 13
Michele L. Young
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: pdf900             Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db/jdb          +Jeffrey S. Young,    Michele L. Young,    531 Hummingbird Drive,    Lititz, PA 17543-1355
cr              +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, tx 76096-3853
13816199       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services dba GM Financial,    PO Box 183853,
                 Arlington TX 76096)
13797734        +Gm Financial,    4001 Embarcadero,    Arlington, TX 76014-4106
13797736         PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
13880411        +PNC Bank, National Association, et al,    c/o PNC Mortgage, a division of PNC Bank,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
13879642        +Wells Fargo Bank,    PO Box 5058 Mac P6053-021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 23 2017 01:35:38     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2017 01:35:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2017 01:35:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2017 01:39:06     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13848806        +E-mail/Text: bankruptcy@cavps.com Nov 23 2017 01:35:22     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13797735        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2017 01:35:15     Midland Funding LLC,
                 8875 Aero Drive, STE 200,    San Diego, CA 92123-2255
13798980         E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2017 01:39:26
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13875144         E-mail/Text: bankruptcy.bnc@ditech.com Nov 23 2017 01:34:54
                 U.S.Bank Trust, N.A., as Trustee,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                             TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Americredit Financial Services dba GM Financial
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank Trust N.A., et al paeb@fedphe.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Nov 22, 2017
                              Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    U.S. Bank Trust N.A., et al paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor Committee    PNC Bank, National Association, ET AL bkgroup@kmllawgroup.com
        MITCHELL A. SOMMERS    on behalf of Joint Debtor Michele L. Young sommersesq@aol.com, kjober@ptd.net
        MITCHELL A. SOMMERS    on behalf of Debtor Jeffrey S. Young sommersesq@aol.com, kjober@ptd.net
        THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank Trust N.A., et al pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    JEFFREY S. YOUNG &                        :
    MICHELLE L. YOUNG,                        :
               Debtor(s)                        :        Bky. No.  16-16788 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 22, 2017**

                                                        ERIC L. FRANK
                                                        CHIEF U.S. BANKRUPTCY JUDGE